IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>v.<br>YARET NAVEDO MELENDEZ (8)<br>    Defendant. | Criminal no. 10-444 (FAB) |

**MOTION IN COMPLIANCE WITH COURT ORDER IN DOCKET ENTRY #5180**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Navedo-Melendez, and respectfully states and prays as follows:

1. The undersigned attorney informs the Court that he has met with Mr. Navedo MDC-Guaynabo on Wednesday June 5, 2018.

2. In that meeting, Mr. Navedo and the undersigned discussed the status of the above-mentioned matter, along with the status of case number 16-591 (GAG) which is also pending. The parties also discussed specific discovery matters, along with the status of the on-going negotiations with the government on both criminal cases.

3. Mr. Navedo notified counsel that he wishes to inform the Court that it was his request that the undersigned continues to represent him in both matters.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of June 2018.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
Dalcala@defensorialegal.com
